**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND; and CHARLES A. WHOBREY, as Trustee, | ) ) ) ) ) ) ) | Case No. 25-cv-15326 |
| *Plaintiffs,* | ) ) | Judge Jorge L. Alonso |
| v. | ) ) | Magistrate Judge Daniel P. McLaughlin |
| ROYAL AIR FREIGHT INC., an Indiana corporation | ) ) ) | |
| *Defendant.* | ) ) | |

**PLAINTIFFS' AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, Central States, Southeast and Southwest Areas Health and Welfare Fund, and Charles A. Whobrey, as Trustee (collectively, "Plaintiffs"), respectfully move this Court for entry of the proposed Consent Judgment submitted herewith. In support of this Motion, Plaintiffs state as follows:

1.  Plaintiffs filed their Complaint in this action on December 17, 2025 (Dkt. No. 1), seeking to recover delinquent fringe benefit contributions, interest, liquidated damages, attorneys' fees, costs, and related equitable relief under the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001 et seq.

2.  The parties have resolved the claims asserted in the Complaint through the entry of a Consent Judgment.

3.  The proposed Consent Judgment provides for dismissal without prejudice of Counts II and IV as moot, entry of judgment in favor of Plaintiffs on Counts I and III, and an award of the amounts agreed upon by the parties.

1

4.      The proposed Consent Judgment has been approved by Defendant and is being submitted jointly for the Court's consideration.

5.      A copy of a proposed judgment order is attached hereto as Exhibit A. The proposed judgment order will also be submitted to the Court's proposed order e-mail address.

WHEREFORE, the parties respectfully request that this Court enter the Consent Judgment.

Date: April 27, 2026                                     Respectfully submitted,

*/s/ Cara M. Anthaney*                                   */s/ Jennifer E. Matthews (With Consent)*
Cara M. Anthaney (ARDC #6304583)                         Jennifer E. Matthews
Attorney for Plaintiffs                                  President of Royal Air Freight Inc.
Central States Law Department                            6728 Huntsman Ct
8647 W. Higgins Road, 8th Floor                          Indianapolis, IN  46250
Chicago, Illinois 60631                                  jmatthewsjd2000@yahoo.com
canthane@centralstates.org

FV: 513091891/ 25-13979686 / 4/27/2026